# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZALMON UVAYDOV, Derivatively on Behalf of Nominal Defendant Fisker Inc., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) C.A. No. 24-133 (JLH) |
| HENRIK FISKER, et al., | ) ) |
| Defendants, | ) ) |
| and | ) ) |
| FISKER INC., | ) ) |
| Nominal Defendant. | ) ) |

## ORDER STAYING CASE

At Wilmington, this 26th day of June 2024;

On June 21, 2024, Plaintiff advised the Court that on June 19, 2024 Nominal Defendant Fisker Inc. commenced a Chapter 11 proceeding in the United States Bankruptcy Court for the District of Delaware. (D.I. 5).  THEREFORE, IT IS HEREBY ORDERED that this action is STAYED pursuant to the provisions of 11 U.S.C. § 362 and ADMINISTRATIVELY CLOSED until further Order of the Court.

IT IS FURTHER ORDERED that the parties shall promptly notify the Court when the bankruptcy proceedings have been resolved so that the case may be reopened and other appropriate action may be taken.

_____
The Honorable Jennifer L. Hall
United States District Judge